UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ELIZABETH TORRES,**

      **Plaintiff,**

v.                                                                       Case No: 6:23-cv-162-EJK

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

### ORDER

This cause come before the Court on Defendant's Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Cause to the Defendant (the "Motion") (Doc. 22), filed May 5, 2023. Therein, Defendant requests that the case be reversed and remanded to the Commissioner of Social Security, pursuant to sentence four[1] of 42 U.S.C. § 405(g), for the following reasons:

> [F]urther administrative proceedings, including offering claimant the opportunity for a new hearing, obtaining supplemental vocational expert testimony, and issuing a new decision.

(*Id.* at 1.) Upon consideration, the Court will grant the Motion.

---

[1] A "sentence-four" remand refers to the fourth sentence of 42 U.S.C. § 405(g). Sentence four authorizes the Court to enter a "judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing."

Accordingly, it is hereby **ORDERED** that:

1. Defendant's Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Cause to the Defendant (Doc. 22) is **GRANTED**.

2. The final decision of the Commissioner is **REVERSED** and **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for the aforementioned reasons.

3. The Clerk is **DIRECTED** to enter a separate judgment in favor of Plaintiff and close the case.

**DONE** and **ORDERED** in Orlando, Florida on May 8, 2023.

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE